# EXHIBIT B



**State of Connecticut Judicial Branch**
# Superior Court Case Look-up



| | | | | | |
|---|---|---|---|---|---|
| **Superior Court Case Look-up** | ⌐ **FST-CV22-6056341-S** | | **BARNETT, MELISSA v. CORELLE BRANDS LLC** | | |
| Civil/Family | **Prefix:** FS3 | | **Case Type:** T20 | **File Date:** 04/25/2022 | **Return Date:** 04/19/2022 |
| Housing | Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help |
| Small Claims | | | | | | |

- Superior Court Case Look-up
- Civil/Family
- Housing
- Small Claims

Attorney/Firm Juris Number Look-up

**Case Look-up**
- By Party Name
- By Docket Number
- By Attorney/Firm Juris Number
- By Property Address

**Short Calendar Look-up**
- By Court Location
- By Attorney/Firm Juris Number
- Motion to Seal or Close
- Calendar Notices

**Court Events Look-up**
- By Date
- By Docket Number
- By Attorney/Firm Juris Number

**Legal Notices**

**Pending Foreclosure Sales**

**Understanding Display of Case Information**

**Contact Us**



**Comments**

To receive an email when there is activity on this case, click here.

Information Updated as of: 07/19/2022

### Case Information

**Case Type:** T20 - Torts - Products Liability - Other than Vehicular
**Court Location:** STAMFORD JD
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 07/01/2022 (The "last action date" is the date the information was entered in the system)

### Disposition Information

**Disposition Date:**
**Disposition:**
**Judge or Magistrate:**

### Party & Appearance Information

| Party | | No Fee Party | Category |
|---|---|---|---|
| **P-01** | **MELISSA BARNETT**<br>**Attorney:** ⌐ JEREMY G VISHNO (402819)<br>183 SHERMAN STREET<br>FAIRFIELD, CT 06824 | File Date: 04/25/2022 | Plaintiff |
| **D-01** | **CORELLE BRANDS LLC**<br>**Attorney:** ⌐ SHIPMAN & GOODWIN LLP (057385)<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 061031919 | File Date: 07/01/2022 | Defendant |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an ⌐ in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the Internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the Notices tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the Internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

### Motions / Pleadings / Documents / Case Status

| Entry No | File Date | Filed By | Description | | Arguable |
|---|---|---|---|---|---|
| | 04/25/2022 | P | **SUMMONS** | | |
| | 04/25/2022 | P | **COMPLAINT** | | |
| | 07/01/2022 | D | **APPEARANCE**<br>Appearance | | |
| 100.30 | 04/25/2022 | P | **RETURN OF SERVICE** | | No |
| 101.00 | 04/25/2022 | P | **AMENDED WRIT AND SUMMONS**<br>AS TO RETURN DATE/COURT LOCATION | | No |
| 102.00 | 04/25/2022 | P | **AMENDED COMPLAINT**<br>As to Return Date | | No |
| 103.00 | 06/03/2022 | P | **MOTION FOR DEFAULT -FAILURE TO APPEAR PB 17-20** | | No |
| 103.01 | 06/13/2022 | C | **ORDER**<br>*RESULT:* Granted 6/13/2022 BY THE CLERK | | No |

### Scheduled Court Dates as of 07/18/2022

**FST-CV22-6056341-S - BARNETT, MELISSA v. CORELLE BRANDS LLC**

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed



once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2022, State of Connecticut Judicial Branch

Page Created on 7/19/2022 at 4:11:22 PM